JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W & G FASHION CLOTHING, INC., a Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO.: 20-cv-08321-MWF-JPR<br><br>**ORDER ON STIPULATION TO LIMIT DAMAGES AND REMAND ACTION TO STATE COURT** |

Having considered the Stipulation to Limit Damages and Remand the Action to State Court filed by Plaintiff W & G Fashion Clothing, Inc. and Defendant The Travelers Indemnity Company of Connecticut, and for good cause shown, it is hereby ordered that:

1. Per the Stipulation of the Parties, the amount in controversy is within $75,000 and Plaintiff shall not seek or accept a verdict or judgment exceeding $75,000;

1

**ORDER ON STIPULATION TO LIMIT DAMAGES AND REMAND ACTION TO STATE COURT**

1      2.    This action is remanded to the Los Angeles Superior Court, Case No. 20STCV30332.

IT IS SO ORDERED.

Dated:  September 18, 2020

By: /s/ Michael W. Fitzgerald
Michael W. Fitzgerald
United States District Judge

**ORDER ON STIPULATION TO LIMIT DAMAGES AND REMAND ACTION TO STATE COURT**